# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION -- PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>TIFFANY L. GRACE,<br>    Defendant. | CRIMINAL NO. 7:17-CR-5-KKC<br><br><br>**ORDER** |

    This matter is before the Court on the recommended disposition of United States Magistrate Judge Edward B. Atkins concerning Defendant Tiffany L. Grace's reported violations of supervised release conditions. (DE 107.) The matter was referred to Magistrate Judge Atkins to conduct a final revocation hearing and issue a recommendation.

    Magistrate Judge Atkins conducted the final revocation hearing on June 21, 2018 (DE 106) and issued a recommended disposition on July 2, 2018. (DE 107). Grace was given fourteen days to file objections to the recommended disposition.

    Grace's time to file objections has run and she has now waived her right to appear before a district judge and to make a statement and present information in mitigation. (DE 112). In her waiver, Grace stated that if the United States objected to the recommended disposition, or if the Court determined not to adopt the recommended disposition, she would withdraw her waiver. The United States did not object to Magistrate Judge Atkin's recommended disposition.

    Accordingly, and with the Court otherwise being sufficiently advised, it is hereby **ORDERED** that the recommended disposition (DE 107) is **ADOPTED** as the Court's opinion. The hearing scheduled on August 1, 2018 is **SET ASIDE**. Judgment consistent with the recommendation will be entered.

    Dated July 27, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY